IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SHIRLEY GIBSON AND OLIVER BROOKS**      **PLAINTIFFS**

**VS.**      **CIVIL ACTION NO.: 3:23-CV-00033-TSL-MTP**

**CITY OF LEXINGTON, MISSISSIPPI, ET AL.**      **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

Defendant Dobbins was previously dismissed on June 22, 2023 [Doc. No. 14], and Plaintiffs Gibson and Brooks recently stipulated to the voluntary dismissal of the City of Lexington, Mississippi as well as all official-capacity defendants. With respect to the remaining defendants, specifically Defendants Henderson and Moore in their individual capacities, Plaintiffs have agreed to and announced to the Court a confidential settlement of this case, and the Court, being advised that the parties have an informed understanding of their rights, that the parties have a full appreciation of the consequences of the confidential settlement, and that the terms of the settlement are fair and reasonable, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with the parties to bear their own costs. Pursuant to the confidential agreement, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the confidential settlement agreement.

SO ORDERED AND ADJUDGED, this the 29th day of April, 2024.

/s/ Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE

PD.44982888.1

**APPROVED AS TO FORM AND CONTENT:**

*Dennis C. Sweet, III*                                    *G.Todd Butler*
DENNIS C. SWEET, III                                G. Todd Butler

***ATTORNEY FOR PLAINTIFFS***          ***ATTORNEY FOR DEFENDANTS***

2

PD.44982888.1